# Court of Appeals
# of the State of Georgia

ATLANTA,  November 01, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0539. MIGUEL A. COSSIO v. SKYE A. COSSIO.**

Miguel A. Cossio and Skye A. Cossio divorced on February 15, 2023. The wife later filed a motion for citation of contempt and for attorney's fees and expenses of litigation. The trial court granted the wife's motion, holding the husband in contempt for failure to pay child support, alimony and other expenses and ordered him incarcerated until he purged the contempt. The husband filed a notice of appeal therefrom, seeking to challenge the divorce decree, the denial of his motion for new trial, and the order holding him in contempt. We, however, lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" including orders "holding or declining to hold persons in contempt" of such orders must be made by application for discretionary appeal. OCGA § 5-6-35 (a) (2). Here, to challenge the order finding him in contempt of his divorce decree or the subsequent incarceration order, the husband was required to file an application for discretionary appeal pursuant to OCGA § 5-6-35 (a) (2); *Russo v. Manning*, 252 Ga. 155, 155-156 (312 SE2d 319) (1984) (holding that order finding party in contempt of divorce decree and ordering him incarcerated was appealable only by application for discretionary appeal). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). The husband's failure to follow the proper appellate procedure

deprives us of jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* ___11/01/2024_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*